# Exhibit B

# Convening Order

Case Number :BVIHCOM2022/0008

**FILED HIGH COURT TERRITORY OF THE VIRGIN ISLANDS**

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO.: BVIHC (COM) 0008 OF 2022

**Submitted Date:08/02/2022 12:09**

**Filed Date:08/02/2022 12:10**

**Fees Paid:72.59**

IN THE MATTER OF RONGXINGDA DEVELOPMENT (BVI) LIMITED

AND IN THE MATTER OF SECTION 179A OF THE BVI BUSINESS COMPANIES ACT, 2004

AND IN THE MATTER OF A SCHEME OF ARRANGEMENT

**RONGXINGDA DEVELOPMENT (BVI) LIMITED**

Claimant

---

**ORDER**

---

**Before:** The Honourable Justice Adrian Jack (Ag)

**Dated:** 8 February 2022

**Entered:** 8 February 2022

UPON the Claimant, **RONGXINGDA DEVELOPMENT (BVI) LIMITED (荣兴达发展(BVI)有限公司)** (the *Company)* filing a fixed date claim form dated 17 January 2022 (the *Fixed Date Claim Form*) seeking orders to convene a meeting of certain creditors of the Company to consider and, if thought fit, approve (with or without modification) a scheme of arrangement in respect of the Company (the *Scheme*) pursuant to section 179A of the BVI Business Companies Act 2004 (the *Companies Act*)

**AND UPON** reading the First Witness Statement of Mr. Liu Jingrui (*Mr. Liu*) and the Second Witness Statement of Mr. Liu and the exhibits referred thereto

**AND UPON** the Court having read the draft Explanatory Statement and on the basis that all capitalised terms not otherwise defined in this Order shall have the meanings given to them in the draft explanatory statement (the *Explanatory Statement*) in respect of the Scheme

**AND UPON** hearing Mr Peter Ferrer and Ms Marcia McFarlane of Harney Westwood & Riegels, LP for the Company

**IT IS HEREBY ORDERED AND DIRECTED THAT**

1  The Company shall be at liberty to convene a single meeting of the Scheme Creditors (as defined in the Explanatory Statement) (the *Scheme Meeting*) for the purpose of considering and, if thought fit, approving (with or without modification) the Scheme.

2  The Scheme Meeting shall be held at the offices of Harney Westwood & Riegels, LP at Craigmuir Chambers, Road Town, Tortola VG1110, British Virgin Islands (*BVI*) on **3 March 2022** commencing at **7.00 a.m. BVI time (being 7.00 p.m. Hong Kong time),** with any adjournment as may be appropriate, with a live video conference linked to the offices of Harney Westwood & Riegels at RM 3501, The Center, 99 Queen's Road Central, Hong Kong.

3  The notice of the Scheme Meeting (*Scheme Meeting Notice*) shall be substantially in the form set out at Appendix 10 to the Explanatory Statement.

4  At least 21 days before the date of the Scheme Meeting, a copy of the Scheme Meeting Notice shall be circulated to the Scheme Creditors by:

   (a)  publication of it on a website created and administered by the Information Agent (https://bonds.morrowsodali.com/RiseSunScheme/) (the *Scheme Website*) for the purpose of disseminating information to Scheme Creditors regarding the Scheme;

   (b)  a corporate action notification through the Clearing Systems; and

   (c)  electronic mail to each person who the Company believes is or may be a Scheme Creditor for whom the Company has a valid email address.

5    Prior to the Scheme Meeting, the Company shall place an announcement on the website of The Singapore Exchange Securities Trading Limited (on which the Existing Notes which are subject to the Scheme are traded) and an advertisement substantially in the form set out at Appendix 10 to the Explanatory Statement in each of:

(a)    the BVI Beacon, being a newspaper circulating in the BVI;

(b)    the South China Morning Post (in the English language) and the Sing Tao Daily (in the Chinese language), being newspapers circulating in Hong Kong;

(c)    the Business Times, being a newspaper circulating in Singapore;

(d)    the London Gazette, being a newspaper circulating in London; and

(e)    the Neue Zürcher Zeitung, being a newspaper circulating in Switzerland.

6    When providing the Scheme Meeting Notice in accordance with paragraph 4 above, the Company shall provide a link to the Scheme Website to enable the Scheme Creditors to access electronic copies of the following documents:

(a)    the Explanatory Statement for the Scheme;

(b)    the Scheme (i.e. Appendix 4 to the Explanatory Statement); and

(c)    the Solicitation Packet (including without limitation, the Account Holder Letter) (i.e. Appendix 6 to the Explanatory Statement);

(together the **Scheme Documents,** each of which shall, in each case, be substantially in the form of the drafts exhibited in the Second Witness Statement of Mr. Liu (subject to the completion of blanks and minor modifications as advised by the Advisors of the Company and/or the Information Agent, together with any documents appended, annexed or scheduled thereto)).

7    The Company shall make available to Scheme Creditors, free of charge, copies of the Scheme and the Explanatory Statement for collection from 9:00 a.m. to 5:00 p.m. (Hong Kong time) on any day (other than Saturdays, Sundays or statutory holidays in Hong Kong) prior to the day appointed for the Scheme Meeting from Harney Westwood & Riegels at 3501, The Center, 99 Queen's Road Central, Hong Kong,

and from 9:00am to 5:00pm (BVI Time) on any day (other than Saturdays, Sundays or statutory holidays in the BVI) prior to the day appointed for the Scheme Meeting from Harney Westwood & Riegels, LP at Craigmuir Chambers, Road Town, Tortola VG1110, BVI.

8    Any accidental omission to circulate to any Scheme Creditor the Scheme Meeting Notice or the non-receipt of such notice or any of the documents referred to in paragraph 4 above by any Scheme Creditor shall not invalidate the proceedings of the Scheme Meeting, or any resolutions passed thereat.

9    Mr Andrew Thorp, a partner of Harney Westwood & Riegels, LP of Craigmuir Chambers, PO Box 71, Tortola, VG1110, BVI (or such other person(s) of Harney Westwood & Riegels, LP as appropriate) and/ or Mr Alexander Teck Chai Ridgers of Harney Westwood & Riegels (or such other person(s) of Harney Westwood & Riegels as appropriate) be appointed as the chairperson(s) of the Scheme Meeting (the **Chairperson**).

10    The Chairperson shall be at liberty to adjourn the Scheme Meeting provided that, if adjourned, the Scheme Meeting recommences as soon as reasonably practicable thereafter.

11    It is directed that China Construction Bank (Asia) Corporation Limited, in its capacity as the Existing Notes Trustee under the Existing Notes Indentures shall not vote in respect of the Existing Notes at the Scheme Meeting.

12    It is directed that CCB Nominees Limited, in its capacity as the nominee of the Depositary and as registered holder of the Existing January 2022 Notes shall not vote in respect of the Existing January 2022 Notes at the Scheme Meeting.

13    It is directed that HSBC Nominees (Hong Kong) Limited, in its capacity as nominee of the Depositary and as registered holder of the Existing April 2022 Notes shall not vote in respect of the Existing April 2022 Notes at the Scheme Meeting.

14    The Chairperson shall have absolute discretion (in the absences of manifest error, wilful default, wilful misconduct or fraud) to permit any Scheme Creditor to vote at the Scheme Meeting, notwithstanding that the Account Holder Letter had not been validly completed in accordance with the instructions set out in the Solicitation Packet, provided that the Chairperson considers that the information

contained therein is sufficient to establish the right of the Scheme Creditor to vote at the Scheme Meeting.

15   The decision of the Chairperson of the Scheme Meeting as to the admission of votes at the Scheme Meeting shall be final and binding to the fullest extent permitted by law for the purposes of, and in relation to the proceedings at, the Scheme Meeting.

16   The Chairperson shall file with this Honourable Court a report on the Scheme Meeting and the voting at the Scheme Meeting prior to the hearing of any application for sanction of the Scheme.

17   The hearing, at which this Honourable Court will determine whether or not to sanction the Scheme shall be heard on **10 March 2022** at a time to be notified by the BVI Court Registry, with a time estimate of 2 hours.

18   Mr. Liu is hereby appointed as the Company's foreign representative (the *Foreign Representative*), authorised in these proceedings to act as the Foreign Representative for the purposes of any proceedings commenced under Chapter 15 of the U.S. Bankruptcy Code (Title 11 of the United States Code) and such other relief as he may deem appropriate in the United States or elsewhere under the relevant local laws.

19   The Foreign Representative is authorised on behalf of the Company to take any and all actions to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, or certificates, and to take any and all steps deemed by the Foreign Representative to be necessary or desirable to carry out the purpose and intent of the Scheme including, for the avoidance of doubt, filing any petition or other request for relief intended to be filed under Chapter 15 of the U.S. Bankruptcy Code and/or under other relevant local laws, to the extent required.

20   The general notice period pursuant to CPR 27.2 (4) for the first hearing in respect of the Fixed Date Claim Form is hereby abridged.

21   The Company and/or the Chairperson shall have permission to apply for such further directions in 'this matter as they may consider necessary or appropriate.

22   Liberty to apply.

23   The costs of this application be paid by the Company.

**BY ORDER OF THE COURT**

_____
Dep. REGISTRAR

**EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**VIRGIN ISLANDS**
**COMMERCIAL DIVISION**
**CLAIM NO 0008 OF 2022**

**IN THE MATTER OF RONGXINGDA DEVELOPMENT (BVI) LIMITED**
**AND IN THE MATTER OF SECTION 179A OF THE BVI BUSINESS COMPANIES ACT, 2004**

**AND IN THE MATTER OF A SCHEME OF ARRANGEMENT**

**RONGXINGDA DEVELOPMENT (BVI) LIMITED**
**(CLAIMANT)**

---

**ORDER**

---

**Harney Westwood & Riegels, LP**
Legal Practitioners for Claimant
Craigmuir Chambers, PO Box 71
Road Town, Tortola
British Virgin Islands
T (284) 494-2233 | F (284) 494-3547
peter.ferrer@harneys.com

REF: 056877.0001/CAR

**HARNEYS**